THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
KERRY C. O'NEILL (California Bar No. 223852)
Assistant United States Attorney
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289/6495
 Facsimile: (213) 894-6269
 Email:   kerry.oneill@usdoj.gov
               jonathan.baum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 09-978-JFW |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT** |
| AJIBOLA SADIQR and MARIA MORENO, | ) **Jury Trial: 2-23-10 at 8:30 a.m.** |
| Defendants. | ) **Status Conference/Motions Hearing: 2-8-10 at 9:00 a.m.** |

NOTE: CHANGES MADE BY THE COURT

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 9, 2009. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from December 1, 2009 to **February 23, 2010 at 8:30 a.m..** The status conference and hearing on motions is continued from November 23, 2009 to **February 8, 2010 at 9:00 a.m.** The briefing schedule for any motions shall be: motions due on January 22, 2010; oppositions to motions due February 1, 2010; and replies to motions due February 4, 2010.

2. The time period of December 1, 2009 to February 23, 2010, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant Moreno shall appear in Courtroom 16 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on **February 8, 2010 at 9:00 a.m. for a status conference, and February 23, 2010 at 8:30 a.m. for trial**.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

November 10, 2009  
DATE                             THE HONORABLE JOHN F. WALTER  
                                 UNITED STATES DISTRICT JUDGE

**cc: USPO, USM, PSA**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28